IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FORREST HUANG** | ) | |
| | ) | SOUTHERN DISTRICT OF MISSISSIPPI **FILED** |
| **&** | ) | **OCT 1 0 2018** |
| **EUNSIL HUANG** | ) | ARTHUR JOHNSTON |
| | ) | BY_____ DEPUTY |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | Civil Action No. 1:18CV326 H50-JCG |
| | ) | |
| **ROBERT WILKIE, ACTING SECRETARY** | ) | |
| **U.S. DEPARTMENT OF VETERANS AFFAIRS** | ) | |
| **400 Veterans Avenue** | ) | |
| **Biloxi, MS 39531** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |

## COMPLAINT
### (Race, National Origin, and Gender Discrimination & HWE; Retaliation)

Pursuant to Federal Rule of Civil Procedure Rule 3, Plaintiffs Forrest Huang and Eunsil

Huang (hereafter "Forrest", "Eunsil" or, "Plaintiffs"), hereby files their Complaint against the

U.S. Department of Veterans Affairs (hereafter "Defendant").

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction of the subject matter of this complaint pursuant to 28

U.S.C. § 1331, because this is an action arising under the laws of the United States, specifically,

Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e-5(f).

2. In or about January 23, 2015, Forrest filed an EEO complaint (Appeal No.

0120181734, EEOC No. 420-2016-00035X, Agency No. 2003-0520-2015-101025 and

hereinafter "Case I") alleging that Defendant discriminated against him on the bases of race (Asian), national origin (Chinese), and retaliation.

3. In or about January 26, 2015, Eunsil filed an EEO complaint (Appeal No. 0120170576, EEOC No. 420-2015-00210X, Agency No. 2003-0520-2015101176 and hereinafter "Case II") alleging that Defendant discriminated against her on the bases of race (Asian), national origin (Korean), gender (Female) and retaliation.

4. On November 16, 2016, Defendant issued Eunsil a Final Agency Decision (FAD).

5. Subsequently, on November 25, 2016, Eunsil filed a timely EEOC appeal from Defendant's Final Order adopting the EEOC's decision in Case II.

6. On April 29, 2018, Defendant issued Forrest a FAD.

7. Subsequently, on May 4, 2018, Forrest filed a timely EEOC appeal from Defendant's Final Order adopting the EEOC's decision in Case I.

8. On July 10, 2018, the EEOC ruled against Forrest on his appeal in Case I.

9. On July 12, 2018, Forrest received the adverse ruling.

10. On July 17, 2018, the EEOC ruled against Eunsil on her appeal in Case II.

11. This Complaint is filed within 90 days after Plaintiffs received their adverse rulings in their EEOC appeals.

12. Plaintiffs have exhausted the administrative remedies available to her under 42 U.S.C. §§ 2000e, *et seq.*, and all conditions precedent have occurred or been performed.

13. Venue in this District and in this Division is appropriate pursuant to 28 U.S.C. §§ 1391(b)(1) and 1391(c), as Defendant has extensive and deliberate contacts in this District and Division, including a business location at 400 Veterans Avenue, Biloxi, MS 39531, at which Plaintiffs worked as employees for Defendant.

2

## II. PARTIES

14. Plaintiffs are residents of Silver Spring, MD and are married.

15. Defendant is a federal agency headquartered in Washington, DC which employs more than 500+ individuals. Defendant is a person within the meaning of 42 U.S.C. § 2000e(a), and an employer within the meaning of 42 U.S.C. § 2000e(b).

## III. FACTS CENTRAL TO PLAINTIFFS' CLAIMS

### Plaintiff Eunsil Huang

16. Eunsil is an Asian female from South Korea.

17. In or around February – March 2013, Defendant stated to Eunsil and her husband that they will directly hire her for a Pharmacy Tech position.

18. In or around April 2013, Defendant gave Eunsilan application for employment without Eunsil making a request.

19. At the time, Defendant was aware that Eunsil had not obtained her U.S. citizenship yet, but indicated that it should not be a problem.

20. Defendant again told Eunsil that they would directly hire her.

21. Eunsil returned a completed application for employment in a week along with a copy of her Pharmacy Technician certificate.

22. Defendant's Human Resources department rejected Complainant's application for employment because she had yet to obtain her U.S. citizenship.

23. However, Defendant encouraged Eunsil to volunteer as a Pharmacy Technician on the promise that she would be offered a full-time job when there is another opening.

24. Eunsil applied as a volunteer and began volunteering in the Pharmacy Department on July 11, 2013 right away and waited two months for the volunteer service.

25. In or around August 2013, Eunsil obtained her U.S. citizenship.

26. After Eunsil became a citizen, the pharmacy had a party for her.

27. Throughout her tenure as a volunteer, Eunsil experienced a hostile work environment based on her race, national origin, and sex.

28. For example, Eunsil was left to do the work of other Pharmacy Techs who were all white American.

29. On many occasions, Complainant's colleagues would either leave work early or not complete tasks while on duty, among other things.

30. When Complaint tried to engage some of her colleagues, they were often cold and hostile towards her.

31. Eunsil believed that one of her colleagues, Allan Elliott would inappropriately stare at her.

32. Further, Mr. Elliott would share negative news from Asian (mainly South Korean or Chinese) to antagonize Complainant.

33. On August 16, 2013, Eunsil was offended when Shelby stated she should go to Hard Rock Café since so many Asian people go there and she could meet friends there.

34. On August 20, 2013, the Eunsil was denied IV training by Christi, Inpatient Pharmacy Supervisor and DID.

35. On October 31, 2013, Complainant's car tire was cut while at the facility.

36. On February 27, 2014, Appellant was forced to deliver chemo after requesting to stop for fear that it was negatively impacting her health.

37. On February 27, 2014, the Eunsil found a bag of feces in her work locker.

38. Effective March 14, 2014, Eunsil was forced to resign as a volunteer due to ongoing

4

harassment.

### Plaintiff Forrest Huang

39. Forrest alleges that due to his race (Asian), national origin (Chinese), and in reprisal for protected EEO activity (current), he was subjected to hostile work environment harassment by the Agency as evidenced by the following:

40. Incident A: Since April 2012, Allan Elliott (AE), Pharmacist, and the other senior pharmacists refused to train him properly.

41. Incident B: On October 31, 2013, someone vandalized his car while it was parked on the VA employee's parking lot by slashing the left, front tire.

42. Incident C: On January 3, 2014, Christi Seely (CS), Supervisor, Pharmacy Service, ordered him to repair the "omnicell"; however, she has never ordered any of the other pharmacists to repair it.

43. Incident D: On or about January 28, 2014, AE yelled at him in front of Pharmacy staff and accused him of being lazy.

44. Incident E: On or about February 27, 2014, a bag of feces was found in his locker.

45. Incident F: On March 7, 2014, CS told him to put in a leave request for being a couple of minutes tardy.

46. Incident G: On March 10, 2014, documentation located on his desk was missing and someone ripped all the pages from his notebook.

47. Incident H: On March 19, 2014, he found a very offensive letter about him which was written by George Kellam, Pharmacist.

48. Incident I: As of March 19, 2014, and ongoing, he has not been paid night differential pay.

49. Incident J: As of March 14, 2014, he discovered he was paying taxes on his health insurance premium for over a year.

50. Incident K: On or after May 22, 2014, Dr. Biagio Vultaggio shouted at him and falsely

5

accused him of discontinuing a patient's medication.

51. Incident L: On May 14, 2014, CS shouted at him for taking the initiative to make the IV bags instead of the technicians.

52. Incident M: On May 27, 2014, Tim Schmitt, Assistant Nurse Manager, yelled at him in an unprofessional manner and repeatedly hung up the phone as hard as he could in his ear.

53. Incident N: On June 15, 2014, Nicholas Fiavey, Physician, called him and angrily asked him if he saw the technician hand the nurses a discontinued order.

54. Incident O: On June 17, 2014, a technician told a caller he was missing although he was on duty.

55. Incident P: On June 18, 2014, a nurse called him and angrily yelled at him about not sending some medications although he had sent them.

56. Incident Q: On June 19, 2014, an ICU nurse called him about missing medications and hung up on him when he explained he had sent them.

57. Incident R: On June 24, 2014, CS accused him of unnecessarily flagging medication orders on occasion.

58. Incident S: On June 30, 2014, CS scheduled him to cover the night shift for three days in August 2014 and one day in September 2014 because the other pharmacists complained that they were "too tired" to work the night shift.

59. Incident T: On July 22, 2014, CS falsely accused him of covering the lot numbers on expiring narcotics with red security tape.

60. Incident U: On August 4, 2014, a nurse in the Chemo clinic was rude and hostile to him when he called the clinic for clarification on some medication orders.

61. Incident V: On August 13, 2014, AE intentionally and maliciously threw a stack of his papers into the shredder box.

62. Incident W: On August 19, 2014, CS yelled at him in an outburst and told him it was his fault that AE did not appear for his shift.

63. Incident X: On August 19, 2014, AE yelled at him, slammed his fists on the table in a

6

threatening manner and refused to cover his second 6-hour chemo shift as previously agreed.

64. Incident Y: In September 2014, AE made racial remarks and slurs about Chinese, China, and Asia in his presence.

65. Incident Z: On September 24, 2014, AE stated he was very happy he might be leaving and that he was not the only one.

66. Incident AA: On October 3, 2014, Ashleigh Walli, Pharmacy Technician, did not deliver anything he asked in an effort to make him appear slow in filling the medication orders.

67. Incident BB: Until October 7, 2014, he was led to believe he was entitled to only one 15-minute break per day.

68. Incident CC: On October 17, 2014, he received a "Fully Successful" performance rating which he believed was lower than he deserved.

69. Incident DD: On October 22, 2014 CS had a hostile confrontation with him about how she treats him and the two new pharmacists.

70. Incident EE: On October 22, 2014, David Dykes (DD), Chief, Pharmacy Service, told him he would not have gotten a job as a pharmacist if he had not hired him.

71. Incident FF: On or about November 3, 2014, he was forced to transfer to the American Lake VA Medical Center in Tacoma, Washington.

72. Incident GG: On December 1, 2014, he learned he should have received a step increase from GS-12, Step 5 to GS-12, Step 6 in April 2014.

73. As a result of Defendant's actions, Plaintiffs have suffered loss of income, emotional distress, and pecuniary damages.

## IV. STATEMENT OF CLAIMS

### Eunsil Huang

### Count I: Violation of Title VII (Gender Discrimination)

74. Plaintiff adopts and incorporates by reference ¶¶ 1-73 above.

75. Defendant unlawfully discriminated against Plaintiff on the basis of her gender in

7

violation of Title VII.

76. As a result of Defendant's violations of Title VII, Plaintiff has suffered and is suffering injuries, including loss of past, present, and future earnings and considerable mental distress.

### Count II: Violation of Title VII (Race Discrimination)

77. Plaintiff adopts and incorporates by reference ¶¶ 1-76 above.

78. Defendant unlawfully discriminated against Plaintiff on the basis of her race in violation of Title VII.

79. As a result of Defendant's violations of Title VII, Plaintiff has suffered and is suffering injuries, including loss of past, present, and future earnings and considerable mental distress.

### Count III: Violation of Title VII (National Origin Discrimination)

80. Plaintiff adopts and incorporates by reference ¶¶ 1-79 above.

81. Defendant unlawfully discriminated against Plaintiff on the basis of her national origin in violation of Title VII.

82. As a result of Defendant's violations of Title VII, Plaintiff has suffered and is suffering injuries, including loss of past, present, and future earnings and considerable mental distress.

### Count IV: Violation of Title VII (Retaliation)

83. Plaintiff adopts and incorporates by reference ¶¶ 1-82 above.

84. Plaintiff engaged in protected activity by filing complaints with her supervisors and participating in the EEO process.

85. As a result of Defendant's violations of Title VII, Plaintiff has suffered and is

suffering injuries, including loss of past, present, and future earnings and considerable mental distress.

### Forrest Huang

### Count V: Violation of Title VII (Race Discrimination)

86. Plaintiff adopts and incorporates by reference ¶¶ 1-86 above.

87. Defendant unlawfully discriminated against Plaintiff on the basis of his race in violation of Title VII.

88. As a result of Defendant's violations of Title VII, Plaintiff has suffered and is suffering injuries, including loss of past, present, and future earnings and considerable mental distress.

### Count VI: Violation of Title VII (National Origin Discrimination)

89. Plaintiff adopts and incorporates by reference ¶¶ 1-89 above.

90. Defendant unlawfully discriminated against Plaintiff on the basis of his national origin in violation of Title VII.

91. As a result of Defendant's violations of Title VII, Plaintiff has suffered and is suffering injuries, including loss of past, present, and future earnings and considerable mental distress.

### Count VII: Violation of Title VII (Retaliation)

92. Plaintiff adopts and incorporates by reference ¶¶ 1-91 above.

93. Plaintiff engaged in protected activity by filing complaints with her supervisors and participating in the EEO process.

94. As a result of Defendant's violations of Title VII, Plaintiff has suffered and is

9

suffering injuries, including loss of past, present, and future earnings and considerable mental distress.

## VIII. <u>REMEDIES SOUGHT</u>

95. WHEREFORE, Plaintiffs respectfully requests that the Court issue a judgment granting them the following relief from Defendant:

a. A declaratory judgment that defendant discriminated against Plaintiff, as alleged herein;

b. Back pay, including without limitation other lost benefits due to Defendant's discrimination against Plaintiff;

c. Compensatory and punitive damages, pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §§ 1981a(a)(2), 1981a(b)(3)(A), for taking these actions with malice and bad faith;

d. Prejudgment and post judgment interest on all damages, on the lost compensation and compensatory damages;

e. Reasonable attorneys' fees and costs under 42 U.S.C. §§ 1981a, 2000e-5(k); and

f. Such other and further relief as to the Court seems just and warranted.

## IX. <u>JURY TRIAL DEMAND</u>

96. Plaintiffs request a jury trial on all issues of fact and damages arising herein.

Respectfully submitted,

/s/ Forrest Huang

FORREST HUANG
9800 Georgia Avenue, Unit 203
Silver Spring, MD 20902

/s/ Eunsil Huang

EUNSIL HUANG
9800 Georgia Avenue, Unit 203
Silver Spring, MD 20902

11